**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| | § | |
| KCAP RE FUND II LLC | § | CASE NO. 25-44741-mxm-11 |
| | § | |
| | § | |
| | § | |
| DEBTOR. | § | |

**SCHEDULES AND/OR**
**STATEMENT OF FINANCIAL AFFAIRS**

I declare under penalty of perjury that I have read the following summary of schedules, schedules, and statement of financial affairs, and that they are true and correct to the best of my knowledge, information, and belief.

**KCAP RE FUND II LLC**

By:    /s/ Shiloh Boone Lasater
Shiloh Boone Lasater,
Chief Financial Officer

PROPOSED ATTORNEYS FOR DEBTOR
AND DEBTOR IN POSSESSION

Jeff Carruth, SBT #24001846
CONDON TOBIN SLADEK
SPARKS NERENBERG, PLLC
8080 Park Lane, Suite 700
Dallas, TX 75231
Phone: (214) 265-3834
jcarruth@condontobin.com

---

**SCHEDULES AND/OR SOFA COVER SHEET — Page 1**

30525275v1 102280.002.00

**Preliminary Statement, Disclaimer, and Reservation of Rights**
**Regarding Schedules and Statement of Financial Affairs**

The information contained in the following Debtor's schedules and related statements, disclosures, and lists in this Bankruptcy Case (collectively, the "Schedules") represents the information the Debtor has developed to date through its investigation of the assets, liabilities, and affairs of the Debtor and the estate. The Debtor's continuing review of its pre-petition books and records could yield additional information that would change or expand the information contained in the Schedules. Furthermore, while every effort has been made to file complete and accurate Schedules, inadvertent errors or omissions may exist. **ACCORDINGLY, THE DEBTOR RESERVES THE RIGHT TO AMEND THE SCHEDULES. THE DEBTOR DOES NOT WAIVE ANY ISSUE OF FACT, REMEDY, CLAIM, OR DEFENSE PERTAINING TO ANY MATTER ADDRESSED HEREIN.**

Likewise, the lack of notation of a setoff on Schedule F in the checkbox does not limit the Debtor from asserting a right of setoff and/or amended these schedules accordingly. The Debtor reserves the right to dispute, or assert offsets or defenses to, any claim reflected in the Schedules as to amount, liability, or classification, or otherwise subsequently designate any claims to be "contingent," "unliquidated," and/or "disputed."

All amounts listed are subject to update and verification.

---

**SCHEDULES AND/OR SOFA COVER SHEET — Page 2**

30525275v1 102280.002.00

| | A | B | C | D | E | F | G | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **SHCEDULE A-B, Part 9, Schedule D** | | | | | | | | | |
| 2 | **QUESTION NO.** | | **3** | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | **Address** | **Owner** | **City** | **State** | **Zip** | **County** | **Manager** | **Value** | **Debt Balance** | **Servicer** |
| 5 | 2401 NW 57 PL (Pineridge) | KCAP RE Fund II | Gainesville | FL | 32653 | Alachua | Keyrenter | $ 8,400,000.00 | $ 5,195,250 | Fay |
| 6 | 1944 Sunset Pl | KCAP RE Fund II | Fort Myers | FL | 33901 | Lee | Keyrenter | $ 2,000,000.00 | $ 865,190 | Fay |
| 7 | 4825 Tudor Dr | KCAP RE Fund II | Cape Coral | FL | 33904 | Lee | Keyrenter | $ 396,000.00 | $ 171,465 | Shellpoint |
| 8 | 1317 Almond St A/ B | KCAP RE Fund II | Abilene | TX | 79601 | Taylor | Paramount | | $ 38,905 | Fay |
| 9 | 1110 SE 9th Ct A/ B | KCAP RE Fund II | Cape Coral | FL | 33990 | Lee | Keyrenter | | $ 208,004 | Fay |
| 10 | 310/ 312 Hancock Bridge Pkwy | KCAP RE Fund II | Cape Coral | FL | 33990 | Lee | Keyrenter | $ 410,000.00 | $ 209,533 | Fay |
| 11 | 1021/ 1023 SE 39th Ter | KCAP RE Fund II | Cape Coral | FL | 33904 | Lee | Keyrenter | $ 410,000.00 | $ 207,593 | Fay |
| 12 | 611/613 SE Van Loon Ter | KCAP RE Fund II | Cape Coral | FL | 33990 | Lee | Keyrenter | $ 370,000.00 | $ 205,129 | Fay |
| 13 | 289 Pack Saddle Pass | KCAP RE Fund II | Abilene | TX | 79602 | Taylor | Dalzell | | $ 236,107 | Clear Fork |
| 14 | 2719 SE 16th PL | KCAP RE Fund II | Cape Coral | FL | 33904 | Lee | Keyrenter | | $ 172,157 | Fay |
| 15 | 404 Sagewood Ct | KCAP RE Fund II | Keller | TX | 76248 | Tarrant | Paramount | | $ 570,482 | Fay |
| 16 | 4117 Harvestwood Dr | KCAP RE Fund II | Grapevine | TX | 76051 | Tarrant | Paramount | | $ 346,364 | Fay |
| 17 | 118 College Dr | KCAP RE Fund II | Abilene | TX | 79601 | Taylor | Dalzell | | $ 47,102 | Fay |
| 18 | 1317 Cypress St | KCAP RE Fund II | Abilene | TX | 79601 | Taylor | Paramount | | $ 58,422 | Fay |
| 19 | 1033 Victoria St | KCAP RE Fund II | Abilene | TX | 79603 | Taylor | Provident | | $ 68,345 | Fay |
| 20 | 4124 SE 9th Ct | KCAP RE Fund II | Cape Coral | FL | 33990 | Lee | Keyrenter | $ 267,000.00 | $ 139,742 | Fay |
| 21 | 1800 Crimson Ct | KCAP RE Fund II | Arlington | TX | 76018 | Tarrant | Paramount | $ 225,000.00 | $ 164,000 | Fay |
| 22 | 600 Westwood Dr. | KCAP RE Fund II | Abilene | TX | 79603 | Taylor | N/A | $ 2,100,000 | $ 2,100,000 | Genesis/Receiver |
| 23 | 1821  13 St. W. | KCAP RE Fund II | Bradenton | FL | 34205 | | N/A | $ - | $ - | Genesis/Receiver/Judgment |
| 24 | | | | | | | **TOTAL** | $ 12,478,000.00 | $ 11,003,788 | |
| 25 | bk schedules list KF2 001.00.xlsx | | | | | | | | | |

**Fill in this information to identify the case:**

Debtor name _____KCAP RE Fund II LLC_____

United States Bankruptcy Court for the: _Northern District of Texas_____

(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

### Part 1:   Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ...................................................................................................

    $ 12,478,000.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................

    $ 12,477.89

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ..................................................................................................

    $ 12,490,477.89

---

### Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............................................

    $ 12,478,000.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*...........................................................

    $ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*.........................................................

    **+**$ 16,246.40

4. **Total liabilities**...................................................................................................................................
    Lines 2 + 3a + 3b

    $ 12,494,246.40

---

Official Form 206Sum          **Summary of Assets and Liabilities for Non-Individuals**          page 1

**Fill in this information to identify the case:**

Debtor name  KCAP RE Fund II LLC

United States Bankruptcy Court for the: Northern District of Texas

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property   **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | $ 0.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Cadence Bank | Checking | 2 4 3 2 | $ 1,489.11 |
| 3.2. Cadence Bank | Checking | 2 6 5 5 | $ 988.78 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____  $ _____
   4.2. _____  $ _____

5. **Total of Part 1**   $ 2,477.89

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____  $ _____
   7.2. _____  $ _____

Debtor     KCAP RE Fund II LLC _____     Case number (*if known*)_____
　　　　　Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____     $_____

   8.2._____     $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.     $_____

---

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

    | | **Current value of debtor's interest** |
    |---|---|

11. **Accounts receivable**

    11a. 90 days old or less:   10,000.00 _____ – _____ 0.00 _____ = ........➔   $ 10,000.00 _____
    　　　　　　　　　　　　　　　 face amount　　　　　　　doubtful or uncollectible accounts

    11b. Over 90 days old:   0.00 _____ – _____ 0.00 _____ = ........➔   $ 0.00 _____
    　　　　　　　　　　　　　 face amount　　　　　　　doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.     $ 10,000.00 _____

---

## Part 4: Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    | | **Valuation method used for current value** | **Current value of debtor's interest** |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____     _____     $_____

    14.2. _____     _____     $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:　　　　　　　　　　　　　　　　% of ownership:

    15.1._____     _____%     _____     $_____

    15.2._____     _____%     _____     $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____     _____     $_____

    16.2._____     _____     $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.     $_____

---

Debtor ___KCAP RE Fund II LLC_____   Case number *(if known)*_____
         Name

## Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____   Valuation method_____   Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

Debtor    KCAP RE Fund II LLC                              Case number (*if known*)_____
          Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.                                    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ❏ No

    ❏ Yes. Is any of the debtor's property stored at the cooperative?

        ❏  No

        ❏  Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ❏ No

    ❏ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ❏ No

    ❏ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ❏ No

    ❏ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☑ No. Go to Part 8.

    ❏ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ · | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.                                    $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ❏ No

    ❏ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ❏ No

    ❏ Yes

Debtor  KCAP RE Fund II LLC _____  Case number *(if known)* _____
 Name

---

**Part 8:  Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | $_____ | _____ | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Debtor _____KCAP RE Fund II LLC_____ Case number *(if known)*_____
            Name

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  404 Sagewood Ct., Keller TX 76248 | | $_____ | _____ | 0.00<br>$_____ |
| 55.2  611/613 SE Van Loon Ter, Cape Coral FL 33990 | | $_____ | _____ | 370,000.00<br>$_____ |
| 55.3  See continuation sheet | | 0.00<br>$_____ | _____ | 12,108,000.00<br>$_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 12,478,000.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| **61. Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| **62. Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| **63. Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| **64. Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| **65. Goodwill**<br>_____ | $_____ | _____ | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

Debtor _____KCAP RE Fund II LLC_____   Case number *(if known)*_____
            Name

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

  ❑ No
  ❑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

  ❑ No
  ❑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

  ❑ No
  ❑ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

  Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ☑ No. Go to Part 12.
  ❑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

  Description (include name of obligor)

  _____   _____ − _____ = ➜   $_____
  Total face amount     doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

  Description (for example, federal, state, local)

  _____   Tax year _____   $_____
  _____   Tax year _____   $_____
  _____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

  _____   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

  _____   $_____

  **Nature of claim**   _____

  **Amount requested**   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

  _____   $_____

  **Nature of claim**   _____

  **Amount requested**   $_____

76. **Trusts, equitable or future interests in property**

  _____   $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

  _____   $_____
  _____   $_____

78. **Total of Part 11.**

  Add lines 71 through 77. Copy the total to line 90.   $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

  ❑ No
  ❑ Yes

Debtor _____KCAP RE Fund II LLC_____  Case number (*if known*)_____
       Name

## Part 12:   Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 2,477.89 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 10,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* . ..............➔ | | $ 12,478,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........91a. | $ 12,477.89 | **+** 91b. $ 12,478,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................... 12,490,477.89    $ 12,490,477.89

Debtor 1    KCAP RE Fund II LLC

First Name    Middle Name    Last Name      Case number *(if known)*_____

## Continuation Sheet for Official Form 206 A/B

**55) Real property**

| General description | Nature and extent of interest | Net book value | Valuation method | Current value |
|---|---|---|---|---|
| 1110 SE 9th Ct A/ B, Cape Coral FL 33990 | | | | 0.00 |
| 289 Pack Saddle Pass, Abi lene TX 79602 | | | | 0.00 |
| 2401 NW 57 PL (Pineridge), Gainesville FL 32653 | | | | 8,400,000.00 |
| 310/ 312 Hancock Bridge Pkwy, Cape Coral FL 33990 | | | | 410,000.00 |
| 1021/ 1023 SE 39th Ter., Cape Coral FL 33904 | | | | 410,000.00 |
| 1944 Sunset Pl, Fort Myers FL 33901 | | | | 2,000,000.00 |
| 4825 Tudor Dr, Cape Coral FL 33904 | | | | 396,000.00 |
| 1317 Almond St A/ B, Abilene TX 79601 | | | | 0.00 |
| 2719 SE 16th PL Cape Coral FL 33904 | | | | 0.00 |
| 4124 SE 9th Ct. , Cape Coral, FL 33990 | | | | 267,000.00 |
| 4117 Harvestwood Dr. , Grapevine TX 7 6051 | | | | 0.00 |
| 118 College Dr. , Abilene TX 79601 | | | | 0.00 |

Official Form 206 A/B            Schedule A/B: Property

Debtor 1   KCAP RE Fund II LLC
_____          Case number (*if known*)_____
           First Name       Middle Name       Last Name

### Continuation Sheet for Official Form 206 A/B

**1317 Cypress**                                                           **0.00**
**St., Abilene**
**TX 79601**

**1033 Victoria**                                                          **0.00**
**St., Abilene**
**TX 79603**

**1800 Crimson**                                                    **225,000.00**
**Ct.,**
**Arlington TX**

Official Form 206 A/B                          Schedule A/B: Property

**Fill in this information to identify the case:**

Debtor name ___KCAP RE Fund II LLC___

United States Bankruptcy Court for the: ___Northern District of Texas___

Case number (If known): _____

❑ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     **12/15**

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ❑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ◼ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**

**Creditor's name**
Various see addendum

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
❑ Yes. Specify each creditor, including this creditor,

**Describe debtor's property that is subject to a lien**

Various see addendum

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
❑ Yes

**Is anyone else liable on this claim?**
☑ No
❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

$ 12,478,000.00        $ 0.00

**2.2**

**Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
❑ No
❑ Yes. Have you already specified the relative priority?
  ❑ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

_____

**Is the creditor an insider or related party?**
❑ No
❑ Yes

**Is anyone else liable on this claim?**
❑ No
❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

$_____        $_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ 12,478,000.00

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of 2

Debtor  KCAP RE Fund II LLC
_____    Case number (*if known*)_____
Name

---

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

---

Form 206D          Official Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**          page _2_ of _2_

**Fill in this information to identify the case:**

Debtor     KCAP RE Fund II LLC

United States Bankruptcy Court for the:   Northern District of Texas

Case number
(If known)    _____

❏ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B***)* **and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ❏ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | **Total claim** | **Priority amount** |
|---|---|---|

**2.1** **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:   $_____    $_____
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
❏ No
❏ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (\_\_\_\_\_)

**2.2** **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:   $_____    $_____
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
❏ No
❏ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (\_\_\_\_\_)

**2.3** **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:   $_____    $_____
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
❏ No
❏ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (\_\_\_\_\_)

Debtor ___KCAP RE Fund II LLC_____   Case number *(if known)*_____
              Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
A Bright Idea Of SWFL
3919 ne 10th Ave
Cape Coral, Fl 33909

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 195.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
AIM3D LLC
9071 Hawkeye Dr
Jacksonville , Fl 32234

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
Atmos
1101 Arnold blvd
Abilene, Tx 79603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ Undetermined

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
Barrier Island Home Svcs
867 Hofstra Dr
Fort Meyers, Fl 33919

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,250.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
Blackwell Electric
1901 NW 202nd St
Newberry, Fl 32669

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 422.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
Capital Corp Services
1501 s mopac Expy ste 220
Austin, Tx 78746

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 255.40

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 2 of 8

Debtor ___KCAP RE Fund II LLC_____ Case number (*if known*)_____
          Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.7** **Nonpriority creditor's name and mailing address**

City of Abilene
4595 s 1st St
Abilene, Tx 79604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Undetermined

---

**3.8** **Nonpriority creditor's name and mailing address**

City of Cape Coral
PO Box 150027
Cape Coral , Fl 33915

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 40.00

---

**3.9** **Nonpriority creditor's name and mailing address**

City of Fort Meyers
PO Box 30185
Tampa , Fl 33630

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 245.00

---

**3.10** **Nonpriority creditor's name and mailing address**

Clear Fork
5657 Buffalo Gap
Abilene, Tx 79606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Mortgage

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Undetermined

---

**3.11** **Nonpriority creditor's name and mailing address**

Dalzell
809 e Hwy 80
Abilene, Tx 79601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Undetermined

---

Official Form 206E/F            Schedule E/F: Creditors Who Have Unsecured Claims            page 3 of 8

Debtor ____KCAP RE Fund II LLC____    Case number (if known)_____
         Name

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.12** **Nonpriority creditor's name and mailing address**

Dee Rooter Plumbing
4002 NW 6th st
Gainesville, Fl 32609

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
❑ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

$ 2,238.00

**3.13** **Nonpriority creditor's name and mailing address**

Fay Servicing
1601 Lyndon B Johnson
Farmers Branch, Tx 75234

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Mortgage

**Is the claim subject to offset?**
✔ No
❑ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

$ Undetermined

**3.14** **Nonpriority creditor's name and mailing address**

Gator Heating
6714 NW 16th st F
Gainesville, Fl 32653

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
✔ No
❑ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

$ 1,841.00

**3.15** **Nonpriority creditor's name and mailing address**

Gator Pest Control
1005 NW 33rd Ave
Gainesville, Fl 32609

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
❑ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

$ 240.00

**3.16** **Nonpriority creditor's name and mailing address**

Internal Revenue Service Attn. Insolvency
PO Box 7346
Philadelphia, PA 19101-7346

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
❑ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

$ 0.00

Debtor __KCAP RE Fund II LLC_____ Case number *(if known)*_____
     Name

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17 Nonpriority creditor's name and mailing address**

Just in Time Plumbing
924 Lakeview Dr
North Fort Meyers, Fl 33903

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
❑ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 354.00

---

**3.18 Nonpriority creditor's name and mailing address**

Keyrenter
1301 Riverplace Blvd Ste 823
Jacksonville , Fl 32207

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
✔ No
❑ Yes

$ Undetermined

---

**3.19 Nonpriority creditor's name and mailing address**

LCEC Pmt Processing
PO Box 31477
Tampa , Fl 33631

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
✔ No
❑ Yes

$ 60.00

---

**3.20 Nonpriority creditor's name and mailing address**

Paramount Property Services
1212 South White Chapel
Southlake, Tx 79602

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

$ Undetermined

---

**3.21 Nonpriority creditor's name and mailing address**

Pineridge Master Owners Assoc.
PO Box 310
Aluchua , Fl 32616

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Due

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
✔ No
❑ Yes

$ 6,131.00

---

Debtor _KCAP RE Fund II LLC_____ Case number _(if known)_____
            Name

| Part 2: | Additional Page |

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

**3.22** **Nonpriority creditor's name and mailing address**

RJKS Services
222 Bur Oak Bend
Newman, Ga 30265

**As of the petition filing date, the claim is:**
_Check all that apply._
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
❑ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,545.00

---

**3.23** **Nonpriority creditor's name and mailing address**

ShellPoint
75 Beattie Pl #300
Greenvile, SC 29601

**As of the petition filing date, the claim is:**
_Check all that apply._
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Mortgage

**Is the claim subject to offset?**
✔ No
❑ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ Undetermined

---

**3.24** **Nonpriority creditor's name and mailing address**

Southwest Florida Air
5570 Enterprise Pkwy
Fort Myers, Fl 33905

**As of the petition filing date, the claim is:**
_Check all that apply._
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
✔ No
❑ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 429.00

---

**3.25** **Nonpriority creditor's name and mailing address**

Texas Comptroller Public Accounts Bankr.
Section
PO Box 13528 Capitol Station
Austin, TX 78711

**As of the petition filing date, the claim is:**
_Check all that apply._
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
❑ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.26** **Nonpriority creditor's name and mailing address**

The Lasater Org
1211 South White Chapel
Southlake, Tx 79602

**As of the petition filing date, the claim is:**
_Check all that apply._
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
✔ No
❑ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ Undetermined

---

Official Form 206E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**        page 6 of 8

Debtor  KCAP RE Fund II LLC
_____    Case number (if known)_____
Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27** **Nonpriority creditor's name and mailing address**

TXU Energy
6555 Sierra Dr
Irving, Tx 75039

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ Undetermined

---

**3.___** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
— No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$_____

---

**3.___** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$_____

---

**3.___** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$_____

---

**3.___** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$_____

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page _7_ of _8_

Debtor __KCAP RE Fund II LLC_____ Case number (if known)_____
　Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ 16,246.40 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 16,246.40 |

**Fill in this information to identify the case:**

Debtor name __KCAP RE Fund II LLC__

United States Bankruptcy Court for the: __Northern District of Texas__

Case number (If known): _____     Chapter __11__

❑ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ❑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name  KCAP RE Fund II LLC

United States Bankruptcy Court for the:  Northern District of Texas

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | | ☐ D  ☐ E/F  ☐ G |
| 2.2 | | | ☐ D  ☐ E/F  ☐ G |
| 2.3 | | | ☐ D  ☐ E/F  ☐ G |
| 2.4 | | | ☐ D  ☐ E/F  ☐ G |
| 2.5 | | | ☐ D  ☐ E/F  ☐ G |
| 2.6 | | | ☐ D  ☐ E/F  ☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name ___KCAP RE Fund II LLC_____

United States Bankruptcy Court for the: __Northern District of Texas_____

Case number (*If known*): _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors       **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑ Amended *Schedule* ____

❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___01/07/2026___          ✘ /s/ Tie Lasater_____
           MM / DD / YYYY               Signature of individual signing on behalf of debtor

                                Tie Lasater_____
                                Printed name

                                CEO_____
                                Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**