**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 25-44741-11-mxm-11** |
| **KCAP RE FUND II LLC** | § | |
| **(EIN: 85-0646407)** | § | **Chapter 11 Case** |
| **Debtor** | § | |
| | § | |
| | § | |

**CERTIFICATE OF SERVICE REGARDING NOTICE OF CHAPTER 11 BANKRUPTCY CASE (DOCKET NO. 11)**

The undersigned certifies that, on December 22, 2025, Notice of Chapter 11 Bankruptcy Case (Docket No. 11) was served by regular mail to (1) all parties appearing in creditors list (matrix) of this case, as shown in the attached list, and (2) upon all tenants of the Debtor, which list is in the possession of Debtor's counsel and not attached here in order to protect tenant privacy.

Dated: January 12, 2026             Respectfully submitted:


CONDON TOBIN SLADEK
SPARKS NERENBERG, PLLC

By:     */s/ Jeff Carruth*
    JEFF CARRUTH (TX SBN 24001846)
    H. JOSEPH ACOSTA (TX SBN 24006731)
    AIMEE E. MARCOTTE (TX SBN 24097101)
    8080 Park Lane, Suite 700
    Dallas, Texas 75231
    Tel: (214) 265-3800
    Fax: (214) 691-6311
    jacosta@condontobin.com
    jcarruth@condontobin.com
    amarcotte@condontobin.com

**PROPOSED ATTORNEYS FOR**
**KCAP RE FUND II LLC**
**DEBTOR AND DEBTOR IN POSSESSION**

---

## Jeff Carruth

| | |
|---|---|
| **From:** | Jeff Carruth |
| **Sent:** | Monday, December 22, 2025 3:55 PM |
| **To:** | Elite Discovery Support |
| **Cc:** | Jeff Carruth; Jessica Steele |
| **Subject:** | mail out Dec. 22, 3 of 4 - bill ref = 102280.002.0 KF2 341 notice to matrix [IMAN-INTERWOVEN.FID491355] |
| **Attachments:** | kf2 0011 341 notice 20260112.pdf; address list 341mOC kf2- matrix(30515421.1).xlsx |

<mark>** Billing reference = 102280.002.0 KF2</mark>

Please mail this item to the attached service list
Black white
Double sided
Thank you



**Jeff Carruth** Member
8080 Park Lane, Suite 700, Dallas, Texas 75231
D 214.265.3834 | T 214.265.3800 | C 214.552.7242 VCard
jcarruth@condontobin.com | condontobin.com

The information contained in this transmission is privileged and confidential and intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message is prohibited. If you have received this transmission in error, please reply immediately to sender that you have received this communication in error and delete it. Thank you.

1

---

**CERTIFICATE OF SERVICE — Page 2**

Information to identify the case:

| | | |
|---|---|---|
| Debtor | **KCAP RE Fund II LLC** | EIN: 85-0646407 |
| | Name | |
| United States Bankruptcy Court   Northern District of Texas | | Date case filed for chapter:   11   12/3/25 |
| Case number:   25-44741-mxm11 | | |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case

10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. **Debtor's full name** | KCAP RE Fund II LLC | |
| 2. **All other names used in the last 8 years** | | |
| 3. **Address** | 2730 Fyke Road<br>Southlake, TX 75234 | |
| 4. **Debtor's attorney**<br>Name and address | Jeffery D. Carruth<br>Condon Tobin Sladek Sparks Nerenberg, PLLC<br>8080 Park Lane, Suite 700<br>Dallas, TX 75231 | Contact phone 214-265-3834<br><br>Email: jcarruth@condontobin.com |
| 5. **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 501 W. Tenth Street<br>Fort Worth, TX 76102 | Hours open:<br>Mon.–Fri. 8:30–4:30<br><br>Contact phone  817-333-6000<br><br>Date: 12/10/25 |
| 6. **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **January 12, 2026 at 04:00 PM** BY TELEPHONE<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Trustee:   **United States Trustee**<br>Toll free number:   **888-330-1716**<br>Alternate number:   **713-353-7024**<br>Participant Code:   **1538218** |

**For more information, see page 2 >**

Official Form 309F1 (For Corporations or Partnerships)       **Notice of Chapter 11 Bankruptcy Case**       page 1

---

**CERTIFICATE OF SERVICE — Page 3**

Debtor   **KCAP RE Fund II LLC**                                                     Case number **25-44741-mxm11**

| 7. Proof of claim deadline | **Deadline for filing proof of claim:** | |
|---|---|---|
| | **For all creditors (except a governmental unit):** | 4/12/26 |
| | **For a governmental unit:** | 6/1/26 |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. | |
| | Your claim will be allowed in the amount scheduled unless: <br>• your claim is designated as *disputed*, *contingent*, or *unliquidated;* <br>• you file a proof of claim in a different amount; or <br>• you receive another notice. <br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. <br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. <br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| 8. **Exception to discharge deadline** <br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. <br>**Deadline for filing the complaint:**                _____ | |
| 9. **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 10. **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| 11. **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |

Official Form 309F1 (For Corporations or Partnerships)            **Notice of Chapter 11 Bankruptcy Case**                    page 2

30517462v2 102280.002.00

## INFORMATION FOR THE TELEPHONIC § 341 MEETING OF CREDITORS

Because of developing issues with the COVID–19 virus and the national declaration of emergency by the President of the United States, § 341 Meetings of Creditors (?Meetings?) will be conducted telephonically. The telephone call in numbers and participant code are found on the enclosed Notice.

**Additional Dial–In Information:**

(1) You must use a touch–tone phone to participate.

(2) Landline preferred. If you have a choice, use a landline phone, instead of a cell phone. Do not use a speaker phone.

(3) Dial the call–in number and then enter the participant code, which consists of 7 numbers and is followed by a # sign. Immediately place your phone on mute.

(4) Make the call from a quiet area where there is as little background noise as possible.

(5) As more than one Meeting will be held during this period, listen for your case to be called. When your case is called, unmute your phone and identify yourself.

(6) When speaking during your case, identify yourself.

(7) Do not put the phone on hold at any time after the call is connected.

(8) If any party is attending the Meeting from the same location as another party, use separate touch–tone phones to participate.

(9) Once the case Meeting is finished, hang up.

(10) If you become disconnected before your Meeting is finished, call back.

**Bankruptcy Documents:**

Debtors should have their bankruptcy documents available in the event there are questions about the information in the documents.

**Recording:** The Meetings will be recorded by the trustee or United States Trustee.

---

CERTIFICATE OF SERVICE — Page 5

30517462v2 102280.002.00

| name | address1 | address2 | city | state | zip |
|------|----------|----------|------|-------|-----|
| Central Appraisal Dist | McCreary Veselka Bra | c/o Julie Anne Parson | Round Rock | TX | 78680-1269 |
| Clear Fork Bank | 100 S Main | | Albany | TX | 76430 |
| Genesis Capital, LLC | Snell & Wilmer | 2501 N Harwood St., | Dallas | TX | 75201-1607 |
| KCAP RE Fund II LLC | 2730 Fyke Road | | Southlake | TX | 75234-2030 |
| U.S. Attorney | 1100 Commerce, 3rd Floor | | Dallas | TX | 75242-1074 |
| U.S. Attorney Genera | Department of Justice | | Washington | DC | 20001 |
| MCCALLA RAYMER LE | ATTN ATTN WENDY R | 1544 OLD ALABAMA | ROSWELL | GA | 30076-2102 |
| preferred | 501 W. Tenth Street | | Fort Worth | TX | 76102-3637 |
| A Bright Idea Of SWF | 3919 ne 10th Ave | | Cape Coral | FL | 33909-6272 |
| AIM3D LLC | 9071 Hawkeye Dr | | Jacksonville | FL | 32221-8098 |
| Atmos | 1101 Arnold blvd | | Abilene | TX | 79603-5225 |
| Barrier Island Home S | 867 Hofstra Dr | | Fort Meyers | FL | 33919-5026 |
| Blackwell Electric | 1901 NW 202nd St | | Newberry | FL | 32669-6101 |
| Capital Corp Services | 1501 s mopac Expy ste 220 | | Austin | TX | 78746-7683 |
| Central Appraisal Dist | c/o McCreary, Veselk | P.O. Box 1269 | Round Rock | TX | 78680-1269 |
| City of Abilene | 4595 s 1st St | | Abilene | TX | 79605-1427 |
| City of Cape Coral | PO Box 150027 | | Cape Coral | FL | 33915-0027 |
| City of Fort Meyers | PO Box 30185 | | Tampa | FL | 33630-3185 |
| Clear Fork | 5657 Buffalo Gap | | Abilene | TX | 79606-4961 |
| Dalzell | 809 e Hwy 80 | | Abilene | TX | 79601 |
| Dee Rooter Plumbing | 4002 NW 6th st | | Gainesville | FL | 32609-1933 |
| FAY SERVICING LLC | P O BOX 814609 | | DALLAS | TX | 75381-4609 |
| preferred | Gator Heating | 6714 NW 16th st F | Gainesville | FL | 32653-3975 |
| Gator Pest Control | 1005 NW 33rd Ave | | Gainesville | FL | 32609-2126 |
| Internal Revenue Ser | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Just in Time Plumbing | 924 Lakeview Dr | | North Fort Meyers | FL | 33903-4227 |
| Keyrenter | 1301 Riverplace Blvd Ste 823 | | Jacksonville | FL | 32207-9047 |
| LCEC Pmt Processing | PO Box 31477 | | Tampa | FL | 33631-3477 |
| Paramount Property S | 1212 South White Chapel | | Southlake | TX | 76092 |
| Pineridge Master Ow | PO Box 310 | | Aluchua | FL | 32616-0310 |
| RJKS Services | 222 Bur Oak Bend | | Newman | GA | 30265-2596 |
| ShellPoint | 75 Beattie Pl #300 | | Greenvile | SC | 29601-2138 |
| Southwest Florida Air | 5570 Enterprise Pkwy | | Fort Myers | FL | 33905-5022 |
| TXU ENERGY RETAIL C | CO BANKRUPTCY DEF | PO BOX 650393 | DALLAS | TX | 75265-0393 |
| preferred | Texas Comptroller Pu | PO Box 13528 Capito | Austin | TX | 78711-3528 |
| The Lasater Org | 1211 South White Chapel | | Southlake | TX | 76092-9303 |
| United States Trustee | 1100 Commerce Stre | Room 976 | Dallas | TX | 75242-0996 |
| Jeffery D. Carruth | Condon Tobin Sladek | 8080 Park Lane, Suite | Dallas | TX | 75231-5920 |

**CERTIFICATE OF SERVICE — Page 6**

## Jeff Carruth

| | |
|---|---|
| **From:** | Jeff Carruth |
| **Sent:** | Monday, December 22, 2025 4:04 PM |
| **To:** | Elite Discovery Support |
| **Cc:** | Jeff Carruth; Jessica Steele |
| **Subject:** | mail out Dec. 22, 4 of 4 - bill ref = 102280.002.0 KF2 341 notice to TENANTS |
| **Attachments:** | service list 341MOC kf2 tenants 001.02(30515334.1).xlsx; kf2 0011 341 notice 20260112 + TENANT LETTER(30515434.2).pdf |

** Billing reference = 102280.002.0 KF2

Please mail this item to the attached service list
Black white
Double sided
Thank you



SLADEK  SPARKS  NERENBERG

**Jeff Carruth** Member
8080 Park Lane, Suite 700, Dallas, Texas 75231
D 214.265.3834 | T 214.265.3800 | C 214.552.7242 VCard
jcarruth@condontobin.com | condontobin.com

The information contained in this transmission is privileged and confidential and intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message is prohibited. If you have received this transmission in error, please reply immediately to sender that you have received this communication in error and delete it. Thank you.

1

30517462v2 102280.002.00